UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OREGON NATURAL DESERT ASSOCIATION, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; et al., <br><br> Defendants - Appellees, <br><br> And <br><br> LAIRD RANCH, LLC, <br><br> Intervenor-Defendant - Appellee. | No. 15-35095 <br><br> D.C. No. 2:10-cv-01331-SU <br> District of Oregon, <br> NO CITY <br><br> ORDER |

The court is in receipt of the parties' Stipulated Motion to Voluntarily Dismiss Appeal. Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties agree to bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Lisa Jaye
Circuit Mediator

LJ/Mediation